Venicia G. Considine, Esq.
Nevada Bar No. 11544
Debra A. Bookout, Esq.
Nevada Bar No. 11765
**LEGAL AID CENTER OF SOUTHERN NEVADA, INC.**
725 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 386-1070
FACSIMILE: (702) 386-1437
VCONSIDINE@LACSN.ORG
*Attorneys for Plaintiff Arlene Cipriani*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARLENE CIPRIANI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GREEN TREE SERVICING, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES 1 through 10, inclusive; and ROE Corporations 1 through 10, inclusive,<br>　　　　　Defendants. | **Case No. 2:14-cv-00612 RFB CWH** |

### NOTICE OF SETTLEMENT

　　PLEASE TAKE NOTICE that the parties in this action have reached a settlement resolving all claims asserted herein.  Upon finalizing the settlement documents, and obtaining any approvals from the Court as may be needed, the parties intend to file a stipulation to dismiss this action with

///

///

///

///

///

Page 1 of 2

2217497.1

prejudice.

DATED this 12th day of May, 2016.

*Respectfully submitted by:*

**LEGAL AID CENTER OF SOUTHERN NEVADA, INC.**

/s/ Venicia G. Considine
Venicia G. Considine, Esq.
Nevada Bar No. 11544
Debra A. Bookout, Esq.
Nevada Bar No. 11765
LEGAL AID CENTER OF
SOUTHERN NEVADA, INC.
725 E. Charleston Blvd.
Las Vegas, Nevada 89104
Telephone: (702) 386-1070
Facsimile: (702) 386-1437
vconsidine@lacsn.org
*Attorneys for Plaintiff*

**ORDER**

**IT IS ORDERED** that the parties shall have until June 23, 2016 to file either (1) a stipulation of dismissal resolving this action as between them or (2) a status report. All pending deadlines and filing requirements as to these Defendants are stayed until June 23, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of May , 2016.

2217497.1